IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ELLEN E. GARCIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-CV-02728-JAR-GLR |
| | ) |
| JACK HENRY & ASSOCIATES, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ellen E. Garcia and Defendant Jack Henry & Associates, Inc. stipulate to the dismissal of all claims in this action with prejudice, with each of the parties to bear her or its own costs.

Respectfully submitted,

**SIRO SMITH DICKSON PC**

By /s/ Athena M. Dickson
Athena M. Dickson           KS #21533
Rik N. Siro                 KS FED #77812
Eric W. Smith               KS #16539
Raymond A. Dake             KS FED #78448
1621 Baltimore Avenue
Kansas City, Missouri  64108
816.471.4881 (Tel)
816.471.4883 (Fax)
adickson@sirosmithdickson.com (email)
rsiro@sirosmithdickson.com (email)
esmith@sirosmithdickson.com (email)
rdake@sirosmithdickson.com (email)

ATTORNEYS FOR PLAINTIFF

2

By */s/ Kyle B. Russell*
    Kyle B. Russell              KS #20457
    Trecia L. Moore           KS #27031
    JACKSON LEWIS PC
    7101 College Blvd., Suite 1200
    Overland Park, Kansas 66210
    913.981.1018 (Tel)
    913.981.1019 (Fax)
    Kyle.russel@jacksonlewis.com
    Trecia.moore@jacksonlewis.com
**ATTORNEYS FOR DEFENDANT**

2